No. 92–1400. QUAKER OATS CO. *v.* SANDS, TAYLOR & WOOD CO. C. A. 7th Cir. Certiorari denied. JUSTICE SOUTER took no

part in the consideration or decision of this petition.